UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ULITSKY, an individual, and DR. HELEN ULITSKY, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JESUS EZEQUIEL LAZO, an individual, RAUL LIZARRAGA, an individual, ROBERT JOHN LAUGHLIN, an individual, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants | Case No. 09cv635 - IEG - RBB<br><br>**ORDER SUBSTITUTING UNITED STATES AS DEFENDANT IN PLACE OF ROBERT JOHN LAUGHLIN** |

Upon review and consideration of the Notice of Substitution filed by the United States of America, and it appearing to the Court that this case includes tort claims against Defendant Robert John Laughlin, arising out of his actions certified by the Attorney General of the United States to have been taken within the scope of his employment as a federal employee,

IT IS ORDERED, pursuant to 28 U.S.C. § 2679(d), that the United States of America shall be substituted in place of Robert John Laughlin as a defendant, with regard to the Complaint filed by Plaintiffs, and that the title of the action be amended accordingly.

IT IS FURTHER ORDERED that as to Defendant Robert John Laughlin, this action is dismissed, with prejudice, pursuant to 28 U.S.C. § 2679(b)(1).

**DATED: April 1, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**