# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Ulitsky; Dr. Helen Ulitsky,<br><br>                                   Plaintiffs,<br>        vs.<br><br>Jesus Ezequiel Lazo; Raul Lizarraga; Does 1 through 20,<br><br>                                   Defendants. | CASE NO. 09cv635 - IEG - RBB<br><br>ORDER GRANTING JOINT MOTION TO REMAND [Doc. No. 9.] |

On March 27, 2009, Defendants filed a notice of removal from the Superior Court, Country of San Diego, California. (Doc. No. 1.) On April 1, 2009, the Court substituted the United States as a defendant in place of Robert Laughlin. (Doc. No. 5.) On April 23, 2009, Plaintiffs voluntarily dismissed the United States. The remaining parties now jointly move to remand the action. GOOD CAUSE APPEARING, the Court grants the motion and remands the action to state court.

**IT IS SO ORDERED.**

**DATED: May 12, 2009**

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**